USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/13/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LARRY LEVI,                              :        09 Civ. 8012 (SHS)

              Plaintiff,        :

     -against-                            :        ORDER

COMMONWEALTH LAND TITLE INSURANCE :
COMPANY,

                         :

              Defendant.

-------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A pretrial conference having been held today, with counsel for all parties present,

     IT IS HEREBY ORDERED that:

     1.    If defendant Commonwealth Land Title Insurance intends to move to

dismiss the complaint for lack of diversity jurisdiction, it shall do so on or before November 30,

2009; and

     2.    This case is being referred to Magistrate Judge Ronald L. Ellis for general

pretrial supervision.

Dated: New York, New York
       November 12, 2009

                              SO ORDERED:

                              Sidney H. Stein, U.S.D.J.